# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PARIS LAVAR GANTZ, | : | Civil No. 3:19-cv-232 |
| Petitioner | : | (Judge Mariani) |
| v. | : | |
| PA DOC SECRETARY, *et al.*, | : | |
| Respondents | : | |

## ORDER

**AND NOW**, this 13th day of March, 2019, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court is directed to **TRANSFER** the above-captioned action to the United States District Court for the Eastern District of Pennsylvania.

2. Petitioner's motion to proceed *in forma pauperis* (Doc. 3) is left to the discretion of the transferee court.

3. The Clerk of Court is further directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge